Revised 04/2014

# UNITED STATES BANKRUPTCY COURT
## MISSISSIPPI DISTRICT OF SOUTHERN

**IN RE:** TADD ANTHONY SEYMOUR

)  Case No. 22-51240
)  Chapter 13
)
)
)
**Debtor(s)**  )

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**            ☒ Notice Address
(both may be selected, if applicable)  ☒ Payment Address

**OLD ADDRESS:**  FIRST HERITAGE CREDIT OF MISSISSIPPI

12373 HWY 49 STE 2

GULFPORT, MS 39503

**NEW ADDRESS:**  FIRST HERITAGE CREDIT DBA

HEIGHTS FINANCE CORP.

PO BOX 1947 GREENVILLE, SC 29602

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/S/ Jamie Rice

**Signature of Creditor or Creditor's Attorney**
CURO Intermediate Holding Corp.
PO Box 1947
Greenville, SC 29602
864-272-6052
bankruptcy@attainfinance.com

**Name/OBA#/Address/Telephone #/Email**